## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC37 | 9461112 | R. RAMIREZ | 980 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/03/2025 12:00 AM | CVC 4000 (a)(1) |

Place of Offense: KNOTT GATE
PORT HUENEME CA 93041
NAVAL BASE VENTURA COUNTY

Offense Description: Factual Basis for Charge    HAZMAT ☐

EXPIRED REGISTRATION

AS ASSIMILATED BY 18 USC 13

### DEFENDANT INFORMATION

Last Name: JIMENEZ    First Name: CARLOS    M.I.: A

Street Address: ▮▮▮▮▮

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 35186A4 | CA | 19 | FORD F150 | | WHITE |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 50  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →    $ 80  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1415 STATE ST
SANTA BARBARA
CA 93101

Date: 18 JULY 25
Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9461112*

CVB SCAN 06/27/2025 12:52

---

I state that on JUNE 3, 20 25 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

AT APPROXIMATELY 12:00 A.M., I, POLICE OFFICER ROBIN RAMIREZ WAS CONDUCTING UNIFORMED PATROL AT NAVAL BASE VENTURA COUNTY, PORT HUENEME, CALIFORNIA 93041 AS VENTURA UNIT 2-2, I WAS STATIONED AT KNOTT GATE PROVIDING POST RELIEF TO THE SENTRY PERSONNEL. A WHITE FORD F-150 CREW TRUCK, CALIFORNIA LICENSE PLATE #35186A4, WITH EXPIRED REGISTRATION AS OF 09/16/2024, ENTERED THE NUMBER ONE INBOUND LANE. THE DRIVER, A NON BASE AFFILIATE, WAS IDENTIFIED AS CARLOS ADRIAN JIMENEZ, CALIFORNIA DRIVER'S LICENSE #D9194750. I REQUESTED A COMMON ACCESS CARD OR STATE ISSUED DRIVERS LICENSE, ALONG WITH CURRENT VEHICLE REGISTRATION AND PROOF OF INSURANCE FROM MR. JIMENEZ. HE STATED THAT HE HAD LEFT HIS WALLET BEHIND AND WAS OPERATING THE VEHICLE WITHOUT ANY FORM OF IDENTIFICATION. I REQUESTED DISPATCH TO CONDUCT A DRIVER'S LICENSE DATABASE QUERY USING HIS NAME AND DATE OF BIRTH. THE RESULTS INDICATED THAT MR. JIMENEZ' DRIVER'S LICENSE HAD BEEN SUSPENDED AS OF 09/16/2024. DISPATCH CONFIRMED THE SUSPENSION BUT WAS UNABLE TO PROVIDE THE REASON AT THAT TIME. MR. JIMENEZ PRESENTED AN EXPIRED VEHICLE REGISTRATION AND WAS UNABLE TO PROVIDE PROOF OF INSURANCE. A WANTS AND WARRANTS CHECK WAS CONDUCTED, AND MR. JIMENEZ RETURNED CLEAR. SEE ATTACHED STATEMENT.

The foregoing statement is based upon:

X my personal observation    X my personal investigation

☐ information supplied to me from my fellow officer's observation

X other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 06/27/2025 12:52